# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152406(83)

JOHN DOES 1-7, and all others similarly
situated,
    Plaintiffs-Appellants,

v

DEPARTMENT OF CORRECTIONS,
GOVERNOR, DEPARTMENT OF
CORRECTIONS DIRECTOR, CORRECTIONAL
FACILITIES ADMINISTRATION DEPUTY
DIRECTOR, CORRECTIONAL FACILITIES
ADMINISTRATION DEPUTY DIRECTOR
RETIRED, CORRECTIONAL FACILITIES
ADMINISTRATION CHIEF DEPUTY
DIRECTOR, CARSON CITY CORRECTIONAL
FACILITY WARDEN, GUS HARRISON
CORRECTIONAL FACILITY WARDEN,
RICHARD A. HANDLON CORRECTIONAL
FACILITY WARDEN, OAKS CORRECTIONAL
FACILITY WARDEN, THUMB
CORRECTIONAL FACILITY WARDEN,
CHIPPEWA CORRECTIONAL FACILITY
WARDEN, MARQUETTE BRANCH PRISON
WARDEN, BELLAMY CREEK
CORRECTIONAL FACILITY WARDEN,
CHARLES EGELER RECEPTION &
GUIDANCE CENTER WARDEN, E.C. BROOKS
CORRECTIONAL FACILITY WARDEN,
    Defendants-Appellees.
_____/

SC:  152406
COA:  321756
Washtenaw CC:  2013-001196-CZ

   On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan, Michigan State Conference NAACP, Arab Community Center for Economic and Social Services (ACCESS), Equality Michigan, Michigan Protection and Advocacy Service, Inc., American Friends Service Committee's Michigan Criminal Justice Program, Women Lawyers Association of Michigan, Wolverine Bar Association, D. Augustus Straker Bar Association, and American Association of University Women of Michigan to participate as amici curiae and file an amicus brief in support of plaintiffs-appellants' application for leave to appeal is GRANTED. The amicus brief submitted on February 12, 2016, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016



Clerk